UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
OCT 25 2005
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 05-40024 |
| Plaintiff, | * | |
| vs. | * | FINDING OF PROBABLE CAUSE AND ORDER FOR HEARING |
| DALE ERNEST DENOYER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for a preliminary examination on Tuesday, October 25, 2005. The defendant appeared in person and by his counsel, Assistant Federal Public Defender Bill Delaney. The United States appeared by Assistant United States Attorney, John Ulrich.

Based upon the testimony of United States Probation Officer Lynn Bowers and Glory House counselor Sally Seidel, and the exhibits received into evidence, the court finds probable cause to believe that the defendant has committed the acts alleged in the Petition. Accordingly, it is hereby

ORDERED that Defendant is held to answer the allegations in the Petition. A revocation hearing is scheduled for Tuesday, November 1, 2005 at 9:30 a.m.

Dated at Sioux Falls, South Dakota, this 25th day of October, 2005.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By Shelly Margulies, Deputy